

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

August 20, 2020

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

    Re:  **Merck Sharp & Dohme B.V., et al. v. Aurobindo Pharma USA, Inc., et al., Civil Action Nos. 20-2576, 2750, 2751, 2786, 2787, 2892, 2909, 2964, 3007, 3068, 3072, 3112, 3117, 3270, 3314, 3795 (CCC) (MF)**

Dear Judge Falk:

    This firm represents Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. (collectively, "Plaintiffs") in the above-referenced matter. In accordance with the Court's July 27, 2020 Order, (ECF No. 27), we write, jointly with counsel for Defendants in the above-referenced related actions, to submit the enclosed proposed Consolidation Order. If the proposed Consolidation Order meets with the Court's approval, the parties respectfully request that it be signed and entered on the dockets.

    We thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

                      Respectfully submitted,

                      s/ William P. Deni, Jr.
                      William P. Deni, Jr.

Enclosure

cc:  All counsel of record (via ECF)