# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME B.V. and ORGANON USA INC., | |
| Plaintiffs, | |
| v. | |
| AUROBINDO PHARMA USA, INC., et al.; | Civil Action No. 20-2576 (CCC) (MF) |
| GLAND PHARMA LIMITED; | Civil Action No. 20-2750 (CCC) (MF) |
| TEVA PHARMACEUTICALS USA, INC.; | Civil Action No. 20-2751 (CCC) (MF) |
| LUPIN LIMITED, et al.; | Civil Action No. 20-2786 (CCC) (MF) |
| MANKIND PHARMA LIMITED, et al.; | Civil Action No. 20-2787 (CCC) (MF) |
| FRESENIUS KABI USA, LLC; | Civil Action No. 20-2892 (CCC) (MF) |
| DR. REDDY'S LABORATORIES, INC., et al.; | Civil Action No. 20-2909 (CCC) (MF) |
| FISIOPHARMA S.R.L.; | Civil Action No. 20-2964 (CCC) (MF) |
| SUN PHARMACEUTICAL INDUS., INC., et al. | Civil Action No. 20-3007 (CCC) (MF) |
| ZYDUS PHARMACEUTICALS (USA) INC.; et al. | Civil Action No. 20-3068 (CCC) (MF) |
| USV PRIVATE LIMITED; | Civil Action No. 20-3072 (CCC) (MF) |
| ASPIRO PHARMA LIMITED; | Civil Action No. 20-3112 (CCC) (MF) |
| SANDOZ, INC., et al.; | Civil Action No. 20-3117 (CCC) (MF) |
| MYLAN API US LLC, et al.; | Civil Action No. 20-3270 (CCC) (MF) |
| MSN LABORATORIES PRIVATE LIMITED, et al.; | Civil Action No. 20-3314 (CCC) (MF) |
| BIOPHORE PHARMA INC., et al., | Civil Action No. 20-3795 (CCC) (MF) |
| Defendants. | |

## ORDER CONSOLIDATING CASES

**THIS MATTER,** having come before the Court jointly by counsel for all parties,[1] for an order consolidating the above-referenced cases pursuant to Federal Rule of Civil Procedure 42 and Local Civil Rule 42.1; and the parties in the above-captioned cases having agreed that consolidation of the actions would promote judicial economy and conserve the Court's and the parties' time and resources; and the Court having found that the above-captioned cases are related

---

[1] The Mylan Defendants join in this consolidation request without prejudice to their pending motions to dismiss, filed in No. 20-3270 (CCC) (MF).

actions involving common questions of law or fact within the meaning of Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42.1; and all counsel having consented to this Order; and for other and good cause having been shown,

**IT IS** on this _____ day of _____, 2020,

**ORDERED** that the above-captioned cases (the "Consolidated Actions") are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court; and it is further

**ORDERED** that Civil Action No. 20-2576 shall be the Lead Case and effective upon entry of this order, all filings in the Consolidated Actions are to be made only in Civil Action No. 20-2576, with the exception of any filings specific to individual defendants, which may be filed on their original dockets; and it is further

**ORDERED** that all filings in the Consolidated Actions shall bear the following caption:

| IN RE SUGAMMADEX | Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED) |
|---|---|

and it is further

**ORDERED** that all counsel who have been admitted *pro hac vice* in any of the Consolidated Actions shall be deemed to be admitted *pro hac vice* in the Lead Case and in each of the Consolidated Actions as applicable.

_____
Hon. Mark Falk, U.S.M.J.