

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

December 30, 2020

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

    Re:  **Merck Sharp & Dohme B.V., et al. v. Aurobindo Pharma USA, Inc., et al., Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED)**

Dear Judge Falk:

    This firm represents Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. (collectively, "Plaintiffs") in the above-referenced matter.

    We write pursuant to Local Civil Rule 101.1(c)(5) to respectfully request that the Court approve the withdrawal of Lauren Abendshien as *pro hac vice* counsel for Plaintiffs. Ms. Abendshien was admitted *pro hac vice* by this Court's June 30, 2020 Order (ECF No. 14). Plaintiffs will continue to be represented by the law firms of Gibbons P.C., Jones Day, and Goldman Ismail Tomaselli Brennan and Baum LLP in this action.

    If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    s/ William P. Deni, Jr.
    William P. Deni, Jr.

cc:  All counsel of record (via ECF)