

Attorneys at Law

Theodora McCormick
t 609.455.1546
f 609.228.5341
TMcCormick@ebglaw.com

January 15, 2021

**VIA ECF**
The Hon. Mark Falk, U.S.M.J.
United States Post Office & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

      Re:    *In re Sugammadex*, Civil Action No. 20-2576 (CCC)(MF)

Dear Judge Falk:

      This firm represents defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited in the above-referenced matter. I write on behalf of all parties to respectfully request a one-week extension of time to certain deadlines set forth in Your Honor's January 13, 2021 Scheduling Order (ECF No. 50). Specifically, the parties seek an extension of the deadline to exchange claim terms for construction from January 15, 2021 until January 22, 2021, and an extension to exchange preliminary proposed claim constructions and supporting evidence from January 29, 2021 until February 5, 2021. No other dates in the Scheduling Order will be impacted. All parties consent to this request.

      If this proposal is acceptable, we respectfully request that Your Honor "So Order" this letter. We thank the Court for its time and attention to this matter, and remain available should Your Honor have any questions or require additional information.

                                           Respectfully submitted,

                                           s/ Theodora McCormick
                                           Theodora McCormick

Cc: All counsel of record (via email)