

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

March 1, 2021

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

      Re:  **IN RE SUGAMMADEX**
            **Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED)**

Dear Judge Falk:

      This firm represents Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. (collectively, "Plaintiffs") in the above-referenced consolidated actions. We write, jointly with counsel for Defendants in the related actions, to respectfully request that the telephone status conference scheduled for March 3, 2021, be adjourned approximately thirty (30) days. The parties have been proceeding in accordance with the Court's Scheduling Order, (ECF No. 50), with the next deadline after today being the parties' completion of fact discovery relating to claim construction on March 19, 2021.

      We thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  <u>s/ William P. Deni, Jr.</u>
                                  William P. Deni, Jr.

cc: All counsel of record (via ECF)