IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUGAMMADEX | Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED) *Document Filed Electronically* |
| MERCK SHARP & DOHME B.V. and ORGANON USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> USV PRIVATE LIMITED, <br><br> Defendant. | Civil Action No. 20-cv-3072-CCC-MF |

## NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES, Adam C. Sosnik of the law firm of Parker Poe Adams & Bernstein LLP and respectfully notifies the Court of his substitution for Micheal L. Binns as counsel for Defendant USV Private Limited ("USV"). Micheal L. Binns is no longer employed with the law firm of Parker Poe Adams and Bernstein LLP. Adam C. Sosnik shall assume all further prospective duties as counsel for USV in these proceedings, including the sponsorship of the attorneys admitted *pro hac vice* in this matter on behalf of USV. All further notices, pleadings, and other papers should be served on the undersigned counsel at the address below.

    /s/ *Adam C. Sosnik*
Adam C. Sosnik
**PARKER POE ADAMS & BERNSTEIN LLP**
620 South Tryon Street

                                        Suite 800
                                        Charlotte, NC 28202
                                        (704) 335-9530
                                        adamsosnik@parkerpoe.com

                                        *Attorney for Defendant, USV Private Limited*

Dated: April 8, 2021