

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

April 13, 2021

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

      Re:  **IN RE SUGAMMADEX**
           **Civil Action  Nos. 20-2576 (CCC) (MF) (CONSOLIDATED)**

Dear Judge Falk:

      This firm represents Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. (collectively, "Plaintiffs") in the above-referenced consolidated action.  We write to respectfully request that the Court unseal Plaintiffs' Opening Markman Brief and supporting documents filed at ECF No. 63, which were filed under seal to provide Defendants time to make redactions for confidential information.  Plaintiffs have since conferred with Defendants, and no redactions are necessary.  Accordingly, we respectfully request that Plaintiffs' filing at ECF No. 63 be unsealed.

      We thank the Court for its consideration of this request.

                                                Respectfully submitted,

                                                s/ William P. Deni, Jr.
                                                William P. Deni, Jr.

cc:  All counsel of record (via ECF)