

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 main | 609.452.1888 fax

www.hillwallack.com

May 17, 2021

<u>*Via ECF*</u>

The Honorable Mark Falk, U.S.M.J.
United States District Court
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101-0999

   Re: **<u>Merck Sharp & Dohme B.V., et al. v. Aurobindo Pharma USA, Inc., et al.,</u>**
      **2:20-cv-2576 (CCC)(MF)**

Your Honor:

  This firm, together with Goodwin Procter LLP, represents Defendants Sandoz Inc., Lek Pharmaceuticals d.d., Dr. Reddy's Laboratories, Ltd., Dr. Reddy's Laboratories, Inc., Teva Pharmaceuticals USA, Inc., and Fresenius Kabi USA, LLC (collectively "Defendants") in the above referenced consolidated matter.

  On May 14, 2021, Defendants filed a brief with the Court under seal. D.E. 68. Upon further conferral and consideration, the parties agree that the information contained therein is not confidential. Accordingly, we respectfully request that the Court unseal D.E. 68 in its entirety.

  We thank the Court for its consideration of this matter.

                Respectfully Submitted,

                */s/ Eric I. Abraham*
                ERIC I. ABRAHAM

cc:  All counsel of record (via ECF)