

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

May 28, 2021

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

      Re:  **IN RE SUGAMMADEX,**
           **Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED)**

Dear Judge Falk:

      This firm represents Plaintiffs in the above-referenced consolidated action. We write to respectfully request that the Court enter the enclosed proposed Order substituting Merck Sharp & Dohme Corp. as a plaintiff/counterclaim defendant in place of Organon USA Inc. pursuant to Federal Rule of Civil Procedure 25(c) because Organon USA Inc.'s interest in New Drug Application No. 022225 has been transferred to Merck Sharp & Dohme Corp. We have conferred with counsel for Defendants, and all Defendants have consented to the entry of the proposed Order.

      We thank the Court for its time and attention to this matter and remain available at the Court's convenience to address any questions or concerns.

                              Respectfully submitted,

                              s/ William P. Deni, Jr.
                              William P. Deni, Jr.

Enclosure

cc:  All counsel of record (via ECF)