

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

June 29, 2021

**VIA ECF**

Honorable Mark Falk, U.S.C.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

   Re: **IN RE SUGAMMADEX**
     **Civil Action No. 20-2576 (CCC) (MF) (CONSOLIDATED)**

Dear Judge Falk:

  This firm represents Plaintiffs in the above-referenced consolidated action. We write, jointly with counsel for Defendants, to respectfully request that the telephone status conference scheduled for July 1, 2021, be adjourned until after the July 9, 2021 deadline for substantial completion of document production. The parties propose that the conference be rescheduled to the week of July 26, 2021, if convenient for the Court.

  We thank the Court for its consideration of this request.

             Respectfully submitted,

             s/ William P. Deni, Jr.
             William P. Deni, Jr.

cc: All counsel of record (via ECF)