Theodora McCormick
Lauren B. Cooper
Robert Lufrano
**EPSTEIN BECKER & GREEN, P.C.**
150 College Road West, Suite 301
Princeton, New Jersey 08540
(609) 455-1540

*Zydus Pharmaceuticals (USA) Inc. and*
*Cadila Healthcare Limited*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUGAMMADEX | Civil Action<br><br>No. 20-2576 (JXN) (MF)<br><br>(CONSOLIDATED)<br><br>*Document Electronically Filed*<br><br>**ZYDUS PHARMACEUTICALS (USA) INC. AND CADILA HEALTHCARE LIMITED'S DISCLOSURE PURSUANT TO LOCAL CIVIL RULE 7.1.1** |

Pursuant to Local Civil Rule 7.1.1, Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") hereby disclose that there is no person or third-party entity that is providing any funding of all or some of the attorney's fees and expenses in connection with this matter.

Dated: July 29, 2021        By:     */s/ Theodora McCormick*
                                     Theodora McCormick
                                     Lauren B. Cooper
                                     Robert Lufrano
                                     **EPSTEIN BECKER & GREEN, P.C.**
                                     150 College Road West, Suite 301
                                     Princeton, NJ 08540
                                     Telephone: (609) 455-1540

*Of Counsel:*

Michael J. Gaertner (admitted *pro hac vice*)
Carolyn A. Blessing (admitted *pro hac vice*)
David B. Abramowitz (admitted *pro hac vice*)
Jennifer M. Coronel (admitted *pro hac vice*)
Smitha B. Uthaman (admitted *pro hac vice*)
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*