-1-

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUGAMMADEX | C.A. No. 20-2576 (CCC) (MF) (Consolidated) |
| MERCK SHARP & DOHME B.V. and ORGANON USA INC., | C.A. No. 20-02786 (CCC) (MF) |
| Plaintiffs, | |
| v. | |
| LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., and LUPIN INC. | |
| Defendants. | |

## DEFENDANTS LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC. AND LUPIN INC.'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1, Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., and Lupin Inc. state that they are unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

-1-

| | |
|---|---|
| July 30, 2021<br><br>*Of Counsel*:<br><br>William R. Zimmerman (Pro Hac Vice)<br>Andrea L. Cheek  (Pro Hac Vice)<br>Catherine R. Gourash (Pro Hac Vice)<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1717 Pennsylvania Avenue, N.W., Suite 900<br>Washington, D.C. 20006<br>Tel:  (202) 640-6400<br>Fax:  (202) 640-6401<br>bill.zimmerman@knobbe.com<br>andrea.cheek@knobbe.com<br>cassie.gourash@knobbe.com<br><br>Carol Pitzel Cruz (Pro Hac Vice)<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>925 Fourth Avenue, Suite 2500<br>Seattle, WA 98104<br>Tel:  (206) 405-2000<br>Fax:  (206) 405-2001<br>carol.pitzel.cruz@knobbe.com | Respectfully submitted,<br><br>/s/ *[signature]*<br>Jeffrey A. Cohen<br>**FLASTER GREENBERG**<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>Tel: (856) 661-1900<br>Fax: (856) 661-1919<br><br><br>*Attorneys for Defendant/Counterclaimants Lupin Limited and Defendants Lupin Pharmaceuticals, Inc. and Lupin Inc.* |

8421059 v1