Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
*Counsel for Defendant Aspiro Pharma Ltd*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SUGAMMADEX | Civil Action No. 20-2576 (CCC)(MF) (CONSOLIDATED) |

**DEFENDANT ASPIRO PHARMA LTD.'S**
**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1.1, Defendant Aspiro Pharma Ltd. states that it is unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Date: July 30, 2021

*Dmitry Shelhoff*
Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932

*Counsel for Defendants Aspiro Pharma Ltd.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 30, 2021, I caused a true and correct copy of: DEFENDANT ASPIRO PHARMA LTD.'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT to be served via e-mail on counsel of record below:


William P. Deni, Jr.
Charles H. Chevalier
J. Brugh Lower
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com
cchevalier@gibbonslaw.com
jlower@gibbonslaw.com

John J. Normile (*pro hac vice*)
Sarah A. Geers
Lisamarie LoGiudice (*pro hac vice*)
JONES DAY
250 Vesey Street New York,
NY 10281
(212) 326-3939

Andrea Weiss Jeffries (*pro hac vice*)
JONES DAY
555 S. Flower Street Los Angeles,
CA 90071
(213) 243-2176

Anthony M. Insogna
JONES DAY
4655 Executive Drive, Suite 1500 San Diego, CA  92121-3134
(858) 314-1130

Jihong Lou (*pro hac vice*)
JONES DAY
51 Louisiana Avenue,
NW Washington, DC 20001-2113
(202) 879-3631

Shayna Cook (*pro hac vice* to be submitted)
Alan Littmann (*pro hac vice* to be submitted)
Doug Winnard (*pro hac vice* to be submitted)

Lauren Abendshien (*pro hac vice* to be submitted)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 681-6000

*Attorneys for Plaintiff Merck Sharp & Dohme B.V.*

Date: July 30, 2021

*Dmitry Shelhoff*
Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932

*Counsel for Defendants Aspiro Pharma Ltd.*
