Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
*Counsel for Defendants Mankind Pharma Ltd.*
*and Lifestar Pharma LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SUGAMMADEX | Civil Action No. 20-2576 (CCC)(MF) (CONSOLIDATED) |

## DEFENDANTS MANKIND PHARMA LIMITED AND LIFESTAR PHARMA LLC'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 7.1.1, Defendants Mankind Pharma Limited and Lifestar Pharma LLC (collectively, "Mankind") states that they are unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Date: July 30, 2021

*Dmitry Shelhoff*
Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932

*Counsel for Defendant Mankind Pharma*
*Limited and Lifestar Pharma LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2021, I caused a true and correct copy of: DEFENDANTS MANKIND PHARMA LIMITED AND LIFESTAR PHARMA LLC'S LOCAL RULE 7.1.1 DISCLOSURE STATEMENT to be served via e-mail on counsel of record below:

William P. Deni, Jr.
Charles H. Chevalier
J. Brugh Lower
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4500
Fax: (973) 596-0545
wdeni@gibbonslaw.com
cchevalier@gibbonslaw.com
jlower@gibbonslaw.com

John J. Normile (*pro hac vice*)
Sarah A. Geers
Lisamarie LoGiudice (*pro hac vice*)
JONES DAY
250 Vesey Street New York,
NY 10281
(212) 326-3939

Andrea Weiss Jeffries (*pro hac vice*)
JONES DAY
555 S. Flower Street Los Angeles,
CA 90071
(213) 243-2176

Anthony M. Insogna
JONES DAY
4655 Executive Drive, Suite 1500 San Diego, CA  92121-3134
(858) 314-1130

Jihong Lou (*pro hac vice*)
JONES DAY
51 Louisiana Avenue,
NW Washington, DC 20001-2113
(202) 879-3631

Shayna Cook (*pro hac vice* to be submitted)
Alan Littmann (*pro hac vice* to be submitted)
Doug Winnard (*pro hac vice* to be submitted)

Lauren Abendshien (*pro hac vice* to be submitted)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 681-6000

*Attorneys for Plaintiff Merck Sharp & Dohme B.V.*

Date: July 30, 2021

*Dmitry Shelhoff*
Dmitry V. Shelhoff
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932

*Counsel for Defendant Mankind Pharma Limited and Lifestar Pharma LLC*