UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE SUGAMMADEX

Civil Action No. 20-2576 (CCC) (LDW)
(CONSOLIDATED)

*Document Electronically Filed*

**FINAL JUDGMENT**

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has jurisdiction over Plaintiffs Merck Sharp & Dohme B.V. and Merck Sharp & Dohme LLC (collectively, "Merck"), Defendants[1], and subject matter of this action.

2. In accordance with the Court's June 13, 2023 Opinion and Order (ECF Nos. 418 and 419), pursuant to Federal Rule of Civil Procedure 58, Final Judgment is entered in favor of Merck and against Defendants with respect to RE44,733 ("the '733 patent"). Defendants' ANDA Products that are the subject of ANDA Nos. 214307 (Aurobindo), 213915 (Mylan), 214276 (USV), 214236 (DRL), 214364 (Gland), 214230 (Mankind), 214311 (Sandoz), 214319 (Sun), 213868 (Fresenius), and 214126 (Teva) (collectively, "Defendants' ANDAs") infringe claims 4, 12, and 21 of the '733 patent.

3. There is no finding of invalidity as to the '733 patent.

---

[1] Aurobindo Pharma USA, Inc., Aurobindo Pharma Ltd., and Eugia Pharma Specialties Ltd. (collectively, "Aurobindo"); Mylan API US LLC, Mylan Pharmaceuticals Inc., and Mylan Inc. (collectively, "Mylan"); USV Private Ltd. ("USV"); Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL"); Gland Pharma Ltd. ("Gland"); Sandoz Inc. and Lek Pharmaceuticals d.d. (collectively, "Sandoz"); Mankind Pharma Ltd. and Lifestar Pharma LLC (collectively, "Mankind"); Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd (collectively, "Sun"); Fresenius Kabi USA, LLC ("Fresenius"); and Teva Pharmaceuticals USA, Inc. ("Teva") (Aurobindo, Mylan, USV, DRL, Gland, Sandoz, Mankind, Sun, Fresenius, and Teva are collectively referred to herein as "Defendants").

4. The portion of the patent term extension for the '733 patent after December 14, 2022 is not invalid.

5. The '733 patent does not expire until January 27, 2026.

6. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval by FDA of Defendants' ANDAs shall be no earlier than the expiration date of the '733 patent, except to the extent subsequently (a) agreed between any Defendant(s) and Merck or (b) ordered by this Court.

7. Pursuant to 35 U.S.C. § 271(e)(4)(B), Defendants and their officers, agents, servants, employees, and attorneys, and other persons in active concert or participation with any of them, are hereby enjoined from commercially manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, the products that are the subject of Defendants' ANDAs until January 27, 2026, except to the extent subsequently (a) agreed between any Defendant(s) and Merck or (b) ordered by this Court.

8. All pending motions and other outstanding requests for relief not specifically addressed herein are DENIED.

SO ORDERED this 29 day of June 2023.

s/ Claire C. Cecchi
Hon. Claire C. Cecchi, U.S.D.J

AGREED TO BY:

| | |
|---|---|
| *s/ William P. Deni, Jr.* | */s R Touhey Myer* |
| William P. Deni, Jr. | R Touhey Myer |
| J. Brugh Lower | **KRATZ & BARRY, LLP** |
| **GIBBONS P.C.** | 800 N. West Street |
| One Gateway Center | Wilmington, DE 19801 |
| Newark, New Jersey 07102 | tmyer@kratzandbarry.com |
| Tel: (973) 596-4500 | (302) 527-9378 |

Fax: (973) 596-0545
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

*Of Counsel*:
John J. Normile (*pro hac vice*)
Sarah A. Geers
Lisamarie LoGiudice (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, NY 10281
(212) 326-3939

Andrea Weiss Jeffries (*pro hac vice*)
**JONES DAY**
555 S. Flower Street
Los Angeles, CA 90071
(213) 243-2176

Anthony M. Insogna
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1130

Matthew J. Silveira (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

Shayna Cook (*pro hac vice*)
Alan Littmann (*pro hac vice*)
Doug Winnard (*pro hac vice*)
Lesley M. Hamming (*pro hac vice*)
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 681-6000

*Attorneys for Plaintiffs
Merck Sharp & Dohme B.V.
and Merck Sharp & Dohme LLC*

Timothy H. Kratz
George J. Barry III
**KRATZ & BARRY, LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
(404) 431-6600

*Attorneys for Defendants Aurobindo Pharma USA, Inc., Aurobindo Pharma Ltd., and Eugia Pharma Specialties Ltd.*

  *s/ Eric I. Abraham*
Eric I. Abraham
**HILL WALLACK LLP**
20 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
Tel: (609) 924-0808
Fax: (609) 452-1888
eabraham@hillwallack.com

Of Counsel:
Elaine Herrmann Blais
Daryl L. Wiesen
Robert Frederickson, III
Molly R. Grammel
Kathleen McGuinness
Thomas V. McTigue IV
Lauren E. Jackson
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Natasha E. Daughtrey
**GOODWIN PROCTER LLP**
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2642

Alexandra D. Valenti
James Breen

3

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8835

Madeline R. DiLascia
**GOODWIN PROCTER LLP**
1900 N Street N.W.
Washington, D.C. 20036
(202) 346-4000

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*


 *s/ James S. Richter*
James S. Richter
**MIDLIGE RICHTER, LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
jrichter@midlige-richter.com

Of Counsel:
Imron T. Aly
Kevin M. Nelson
Matthew T. Wilkerson
**ArentFox Schiff LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606

*Attorneys for Defendant Gland Pharma Ltd.*


 *s/ Dmitry V. Shelhoff*
Dmitry V. Shelhoff
Kenneth S. Canfield
**PERGAMENT & CEPEDA LLP**
25 Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com

4

*Attorneys for Defendants Mankind Pharma Ltd. and Lifestar Pharma LLC*

  /s Jakob B. Halpern
Arnold B. Calmann (abc@saiber.com)
Jakob B. Halpern (jhalpern@saiber.com)
Catherine Soliman (csoliman@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 950
Newark, NJ 07102-5311
Telephone: (973) 622-3333

Of Counsel:
Shannon M. Bloodworth (SBloodworth@perkinscoie.com)
Brandon M. White (BMWhite@perkinscoie.com)
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C., 20005-3960
Telephone: (202) 654-6200

Emily J. Greb (EGreb@perkinscoie.com)
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460

Bryan D. Beel (BBeel@perkinscoie.com)
**PERKINS COIE LLP**
1120 NW Couch Street, Floor 10
Portland, Oregon 97209-4128
Telephone: (503) 727-2000

Lance A. Soderstrom (lance.soderstrom@katten.com)
Deepro R. Mukerjee (deepro.mukerjee@katten.com)
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800

Brian Sodikoff (brian.sodikoff@katten.com)

5

**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200

Jitendra Malik
(jitty.malik@katten.com)
Joseph M. Janusz
(joseph.janusz@katten.com)
**KATTEN MUCHIN ROSENMAN LLP**
550 South Tryon Street, Suite 2900
Charlotte, North Carolina 28202
Telephone: (704) 444-2000

*Attorneys for Defendants Mylan API US LLC, Mylan Pharmaceuticals Inc., and Mylan Inc.*


 *s/ Eric I. Abraham*
Eric I. Abraham
**HILL WALLACK LLP**
20 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
Tel: (609) 924-0808
Fax: (609) 452-1888
eabraham@hillwallack.com

Of Counsel:
Emily L. Rapalino
Daryl L. Wiesen
Robert Frederickson, III
Molly R. Grammel
Kathleen McGuinness
Thomas V. McTigue IV
Lauren E. Jackson
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

Natasha E. Daughtrey
**GOODWIN PROCTER LLP**
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2642

6

Alexandra D. Valenti
James Breen
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8835

Madeline R. DiLascia
**GOODWIN PROCTER LLP**
1900 N Street N.W.
Washington, D.C. 20036
(202) 346-4000

*Attorneys for Defendants Sandoz Inc. and Lek Pharmaceuticals d.d.*


 */s Gregory D. Miller*
Gregory D. Miller
Gene Y. Kang
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601
(201) 287-2474
gregory.miller@rivkin.com
gene.kang@rivkin.com

Of Counsel:
Charles B. Klein (pro hac vice)
Jovial Wong (pro hac vice)
Sharon Lin (pro hac vice)
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
cklein@winston.com
jwong@winston.com
slin@winston.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Inc. and Sun Pharmaceutical Industries Ltd.*

7

    *s/ Edward J. Dauber*
Edward J. Dauber (008881973)
**GREENBERG DAUBER EPSTEIN & TUCKER**
One Gateway Center, Suite 600
Newark, NJ 07102
Telephone: 973.643.3700, Ext. 120
edauber@greenbergdauber.com

Of Counsel:
Robert L. Florence
**PARKER POE ADAMS & BERNSTEIN LLP**
1075 Peachtree Street, N.E., Suite 1500
Atlanta, GA 30309
Tel. (678) 690-5750

Tasneem Dharamsi
**PARKER POE ADAMS & BERNSTEIN LLP**
110 East Court Street, Suite 200
Greenville, SC 29601
Tel. (864) 577-6376

Elizabeth M. Crompton
**PARKER POE ADAMS & BERNSTEIN LLP**
1400 K Street, NW, Suite 1000
Washington, DC 20005

*Attorneys for Defendant USV Private Ltd.*